**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-734**

_____

In Re:  CARMEN PEREZ-LOERA,

Petitioner.

_____

On Petition for Writ of Mandamus.
(CR-95-112, CA-97-663-2)

_____

Submitted:  December 2, 1997          Decided:  April 20, 1998

_____

Before MURNAGHAN, WILKINS, and HAMILTON, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Carmen Perez-Loera, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carmen Perez-Loera petitions this court for a writ of mandamus directing the district court to provide her, at government expense, with a copy of the record and transcripts of her criminal proceedings. Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Indigent parties seeking collateral review are entitled to transcripts at government expense only after a judge has certified that the case presents a substantial question. 28 U.S.C. § 753(f) (1988). Perez-Loera has not made such a showing. Accordingly, we grant permission to proceed in forma pauperis and deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2